IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| RODERICK WINKLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ANSWERS TO 26.01 INTERROGATORIES** |
| vs. ) | |
| ) | |
| ) | |
| ALBERT RAY HUMPHREY ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to Local Rule 26.01 (D.S.C.), Plaintiff responds as follows:

(A) **State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.**

**Answer:** Plaintiff is not aware of any persons or entities with a subrogation interest at this time.

(B) **As to each claim, state whether it should be tried by jury or nonjury and why.**

**Answer:** Plaintiff has requested a jury trial for all claims.

(C) **State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.**

**Answer:**  Plaintiff is an individual and not a publicly owned company.

**(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).**

**Answer:**  The Incident occurred in this division.

**(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) at statement of the status of the related action.  Counsel should disclose any cases that may be related regardless of whether they are still pending.  Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.**

**Answer:**  This action is not related to any other filed in this District.

|  |  |
|---|---|
| Columbia, South Carolina<br>April 17, 2018 | s/Pamela R. Mullis<br>Pamela R. Mullis, Fed. I.D. # 7254<br>**MULLIS LAW FIRM**<br>Post Office Box 7757<br>Columbia, South Carolina 29202<br>(803) 799-9577<br><br>ATTORNEY FOR THE PLAINTIFF |